UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 5:24-cv-02032-JLS-SHK                                      Date: August 28, 2025
Title: Regina Lara v. Costco Wholesale Membership, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION**

    Plaintiff Regina Lara filed this action against Defendants Costco Wholesale Membership, Inc. and Costco Wholesale Corporation in San Bernardino County Superior Court on August 19, 2024.  (Ex. A to Notice of Removal ("NOR"), Compl., Doc. 1 at 5.)  Defendants removed the action to this Court on September 23, 2024, invoking diversity jurisdiction.  (NOR ¶ 4.)  On August 7, 2025, pursuant to a stipulation between the parties, the Court ordered Defendant Costco Wholesale Membership, Inc dismissed from the action without prejudice.  (Stip., Doc. 26; Order Granting Stip., Doc. 28.)  On August 26, 2025, the Court granted Plaintiff's motion for leave to file a first amended complaint adding Club Demonstration Services, Inc. ("CDS") as a defendant.  (Order Granting Mot., Doc. 30.)  Plaintiff filed her First Amended Complaint ("FAC") that same day, adding CDS as a Defendant.  (FAC, Doc. 31.)

    "Federal courts are courts of limited jurisdiction." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994).  "[T]he district court ha[s] a duty to establish subject matter jurisdiction … *sua sponte*, whether the parties raise[ ] the issue or not." *United Inv'rs Life Ins. Co. v. Waddell & Reed Inc.*, 360 F.3d 960, 967 (9th Cir. 2004).  A federal court has diversity jurisdiction under 28 U.S.C. § 1332 if the parties to the action are citizens of different states and the amount in controversy exceeds $75,000.  28 U.S.C.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:24-cv-02032-JLS-SHK                                      Date: August 28, 2025
Title:  Regina Lara v. Costco Wholesale Membership, Inc. et al

§ 1332(a).  Pursuant to 28 U.S.C. § 1447(e), "[i]f after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court."  28 U.S.C. § 1447(e).

For purposes of diversity jurisdiction, "a corporation shall be deemed to be a citizen of every State … by which it has been incorporated and of the State … where it has its principal place of business[.]"  *Id.* § 1332(c)(1).  Here, Plaintiff's FAC fails to identify the citizenship of CDS.[1]  (*See* FAC ¶¶ 1, 5.)  Rather, Plaintiff alleges only that CDS "was a vendor authorized by Costco to conduct in-store sampling[.]"  (*Id.* ¶ 6.)  Accordingly, the Court ORDERS Plaintiff and Defendants to provide, in writing, no later than **September 4, 2025**, information sufficient for the Court to determine the citizenship of CDS and whether there is federal subject matter jurisdiction over this action.  The parties' submissions should be no longer than five (5) pages, not including any declaration(s).  Failure to timely respond will result in the immediate remand of this action.

Initials of Deputy Clerk: kd

---

[1] The Complaint similarly fails to include any allegations as to the citizenship of Costco Wholesale Corporation.  (*See* FAC ¶ 1.)  However, the Court does not question its jurisdiction on this basis, as Costco Wholesale Corporation's citizenship is adequately set forth in Defendants' Notice of Removal.  (*See* NOR ¶ 2; *see also* Ex. B to Al-Zibdeh Decl., Doc. 1-1 at 9.)